# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NINA TAYLOR, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | CAUSE NO. 2:11-CV-57-JRG |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| TURNER INDUSTRIES GROUP, LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## NOTICE REGARDING MOTIONS IN *LIMINE*

Pursuant to the Amended Docket Control Order [Dkt. 313] entered January 11, 2013, counsel for Plaintiffs and Defendant met and conferred regarding Plaintiffs' Motions in *Limine* and Defendant's Motions in *Limine*. Prior to the meet and confer, Plaintiffs agreed to the following paragraphs in Defendant's Motions in *Limine*: 9, 11, 13, 14, 16, 17, 18, 19, 21, 22, 26, and 30; and Defendant agreed to the following paragraphs in Plaintiffs' Motions in *Limine*: 1, 2, 5, 6, 7, 11, 12, 16, and 17. Counsel for Plaintiffs and Defendant did not reach any additional agreement during the meet and confer.

    Respectfully submitted,

    */s/ Eric M. Albritton*
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Michael A. Benefield
    Texas State Bar No. 24073408
    mab@emafirm.com
    Andralee C. Lloyd
    Texas State Bar No. 24071577
    acl@emafirm.com

**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Thomas John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

James A. Vagnini
State Bar No. 2958130
jvagnini@vkvlawyers.com
Robert Valli, Jr.
State Bar No. 2383107
rvalli@vkvlawyers.com
Sara W. Kane
State Bar No. 2935617
skane@vkvlawyers.com
Deborah Rubin
State Bar No. 4840872
Drubin@vkvlawyers.com
Aneeba Rehman
State Bar No. 4885638
arehman@vkvlawyers.com

**Valli Kane & Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of January 2013.

_____
Eric M. Albritton