IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| NINA TAYLOR, *et al.*, § | | |
| § | | |
| *Plaintiffs*, § | | CASE NO. 2:11-CV-57-JRG |
| § | | |
| v. § | | |
| § | | JURY TRIAL DEMANDED |
| TURNER INDUSTRIES GROUP, LLC and § | | |
| TURNER INDUSTRIES, LLC, § | | |
| § | | |
| *Defendants*. § | | |

### PLAINTIFFS' NOTICE OF COMPLIANCE

Pursuant to the Court's Order entered April 1, 2013 (Dkt. No. 339), plaintiffs' in the above-entitled and numbered civil action, respectfully notify the Court and all parties that they have sent via federal express a copy of the Court's order to Corwin Jeffery.

          Respectfully submitted,

          Eric M. Albritton
          Texas State Bar No. 00790215
          ema@emafirm.com
          Michael A. Benefield
          Texas State Bar No. 24073408
          mab@emafirm.com
          Andralee C. Lloyd
          Texas State Bar No. 24071577
          acl@emafirm.com
          **ALBRITTON LAW FIRM**
          P.O. Box 2649
          Longview, Texas 75606
          Telephone: (903) 757-8449
          Facsimile: (903) 758-7397

Thomas John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

James A. Vagnini
State Bar No. 2958130
jvagnini@vkvlawyers.com
Robert Valli, Jr.
State Bar No. 2383107
rvalli@vkvlawyers.com
Sara W. Kane
State Bar No. 2935617
skane@vkvlawyers.com
Deborah Rubin
State Bar No. 4840872
Drubin@vkvlawyers.com
Aneeba Rehman
State Bar No. 4885638
arehman@vkvlawyers.com
**Valli Kane & Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

*Counsel for the Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 3rd day of April 2013.

                                                                       Eric M. Albritton