UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Nina Taylor, John Wilson, III, et al. )<br>    Plaintiffs, )<br> )<br> v. )<br> )<br>Turner Industries Group, LLC and Turner )<br>Industries, LLC, )<br> )<br>    Defendants. ) | **Case: 2:11-cv-00057** |

## JOINT AND AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Nina Taylor, John Wilson, III, Kenneth Ray Beard, Todd Bills, Michael Bolton, Oren Brew, Ja'Keistan Cash, Henry Celestine, Darrias Clement, Corey Cooper, Robert Crown, Michael Daniels, Steven Dawson, Carl Eddington, Virgil Ethridge, Joseph Finch, Kerry Garvin, Junior Hall, Richard Hearn, Billy Hill, Tony Holt, Terrence James, Cornelius Jeffrey, Corwin Jeffrey, Alfred Jones, Eric Jones, Roy Jones, Jr., Ana Lucas Ortega, Don Marks, Scott Matthews, Corey McCuin, Johnny McNeil, Szcwealion Milton, Marcus Mitchell, Joseph Porter, Cedric Pruitt, Sammy Ricks, Jr., Earl Robinson, Johnny Robinson, Charles Sampson, Shantele Thomas, Brandon Wallace, Deondra Wallace, Jerry Whitworth, Tonette Wiles, and Michael Woods (collectively, "Plaintiffs") and Defendants Turner Industries Group, LLC and Turner Industries, LLC, (collectively, "Defendants") file this Joint and Agreed Motion to Dismiss with Prejudice and move the Court for a dismissal of all causes of action raised or which could have been raised in this case, with prejudice against the Plaintiffs to re-file the same. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request that all causes of action raised or which could have been raised in the above entitled and

numbered case be dismissed with prejudice and that each party will be held responsible for the costs of court and attorneys' fees that they each incurred.

Dated August 28, 2013.   Respectfully submitted,

/s/Jay D. Ellwanger_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

James A. Vagnini
State Bar No. 2958130
jvagnini@vkvlawyers.com
Robert Valli, Jr.
State Bar No. 2383107
rvalli@vkvlawyers.com
Sara W. Kane
State Bar No. 2935617
skane@vkvlawyers.com

Deborah Rubin
State Bar No. 4840872
Drubin@vkvlawyers.com
Aneeba Rehman

State Bar No. 4885638
arehman@vkvlawyers.com
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

/s/ Michael D. Mitchell
Michael D. Mitchell #00784615
Stephen E. Hart #00793911
James R. Staley #24072412
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Dallas, Suite 3000
Houston, Texas 77002-4709
(713) 655-5756 (telephone)
(713) 655-0020 (facsimile)

OF COUNSEL:
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
Mark M. Stubley, South Carolina Bar #11867
L. Gray Geddie, Jr. South Carolina Bar # 2397
Matthew K. Johnson, South Carolina Bar # 12284
500 Dallas Street, Suite 3000
Houston, Texas 77002
(713) 655-0855 (telephone)
(713) 655-0020 (facsimile)

Christopher J. Lowman # 12636480
The Lowman Law Firm
500 Dallas, Street, Suite 3030
Houston, Texas 77002
(713) 752-0777 (telephone)
(713) 752-0778 (facsimile)

ATTORNEYS FOR DEFENDANTS
TURNER INDUSTRIES GROUP, LLC &
TURNER INDUSTIES, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August, 2013, the foregoing was filed electronically with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to all registered counsel of record, including:

| | |
|---|---|
| Eric M. Albritton, Esq. #00790215 | Jay D. Ellwanger, Esq. #24036522 |
| ema@emafirm.com | jellwanger@dpelaw.com |
| ALBRITTON LAW FIRM | Stefanie T. Scott, Esq. #24061617 |
| P.O. Box 2649 | sscott@dpelaw.com |
| Longview, Texas 75606 | DINOVO PRICE ELLWANGER |
| (903) 757-8449 (telephone) |  & HARDY LLP |
| (903) 758-7397 (facsimile) | 7000 North MoPac Expressway, Suite 350 |
| | Austin, Texas 78731 |
| | (512) 539-2626 (telephone) |
| | (512) 539-2627 (facsimile) |

OF COUNSEL:

James A. Vagnini, Esq.
Robert M. Valli, Jr., Esq.
Sara W. Kane, Esq.
Deborah Rubin, Esq.
VALLI KANE & VAGNINI, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180 (telephone)
(516) 706-0248 (facsimile)

                                          /s/ Michael Mitchell
                                          Michael Mitchell